Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of herring, prepared or preserved in any manner, packed in airtight containers weighing with their contents not more than 15 pounds each, without added oil or oil and other substances, the claim of the plaintiffs was sustained.

**No. 57883.**—Bausch & Lomb Optical Company *v.* United States, protest 188834–K (Rochester).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal hinges, which are parts of spectacle frames (the frames being valued in excess of $2.50 per dozen), and that the issue is the same in all material respects as that the subject of Abstract 57607, the claim of the plaintiff was sustained.

**No. 57884.**—Bausch & Lomb Optical Company *v.* United States, protest 188835–K (Rochester).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal hinges, which are parts of spectacle frames (the frames being valued in excess of $2.50 per dozen), and that the issue is the same in all material respects as that the subject of Abstract 57607, the claim of the plaintiff was sustained.

**No. 57885.**—T. S. Foulkes *v.* United States, protests 192670–K, etc. (Buffalo).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal temple cores, which are parts of spectacle frames (the frames being valued in excess of $2.50 per dozen), the same in all material respects as those the subject of Abstract 57607, the claim of the plaintiff was sustained.

**No. 57886.**—F. L. Kraemer & Co. and Omni International Corp. *v.* United States, protest 211096–K (New York).